

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

JUN 3 0 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1456

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION*

*The County of Niagara v. Abbott Laboratories, Inc., et al.,* W.D. New York, C.A. No. 6:05-6296

### CONDITIONAL TRANSFER ORDER (CTO-23)

On April 30, 2002, the Panel transferred 16 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 58 additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of April 30, 2002, 201 F.Supp.2d 1378 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 1 8 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MWP

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CIVIL DOCKET FOR CASE #: 6:05-cv-06296-MAT

05cv11578 PBS

County of Niagara v. Abbott Laboratories, Inc. et al
Assigned to: Hon. Michael A. Telesca
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 06/08/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**The County of Niagara**   represented by   **Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

**Alcon Laboratories, Inc.**

**Defendant**

Allergan, Inc.

**Defendant**

Alpharma, Inc.

**Defendant**

Amgen, Inc.

**Defendant**

Andrx Corp.

**Defendant**

AstraZeneca Pharmaceuticals L.P.

**Defendant**

Aventis Pharmaceuticals, Inc.

**Defendant**

Barr Laboratories, Inc.

**Defendant**

Bayer Corp.

**Defendant**

Ben Venue Laboratories, Inc.

**Defendant**

Berlex Laboratories, Inc.

**Defendant**

Biogen Idec, Inc.

**Defendant**

Biovail Pharmaceuticals, Inc.

**Defendant**

Boehringer Ingelheim Corp.

**Defendant**

Boehringer Ingelheim
Pharmaceuticals, Inc.

**Defendant**

Bristol-Meyers Squibb Company

**Defendant**
Dermik Laboratories, Inc.

**Defendant**
Dey, Inc.

**Defendant**
Eisai, Inc.

**Defendant**
Eli Lilly and Company

**Defendant**
Endo Pharmaceuticals, Inc.

**Defendant**
Ethex Corp.

**Defendant**
Forest Laboratories, Inc.

**Defendant**
Forest Pharmaceuticals, Inc.

**Defendant**
Fujisawa Healthcare, Inc.

**Defendant**
Fujisawa USA, Inc.

**Defendant**
Genentech, Inc.

**Defendant**
Genzyme Corp.

**Defendant**
Gilead Sciences, Inc.

**Defendant**
GlaxoSmithKline P.L.C.

**Defendant**
Greenstone Ltd

**Defendant**

Hoffman-La Roche, Inc.

**Defendant**

Immunex Corp.

**Defendant**

Ivax Corp.

**Defendant**

Ivax Pharmaceuticals, Inc.

**Defendant**

Janssen Pharmaceutica Products, LP

**Defendant**

Johnson & Johnson

**Defendant**

King Pharmaceuticals

**Defendant**

McNeil-PPC, Inc.

**Defendant**

MedImmune, Inc.

**Defendant**

Merck & Co., Inc.

**Defendant**

Monarch Pharmaceuticals, Inc.

**Defendant**

Mylan Laboratories, Inc.

**Defendant**

Mylan Pharmaceuticals, Inc.

**Defendant**

Novartis Pharmaceuticals Corp.

**Defendant**

Novo Nordisk Pharmaceuticals, Inc.

**Defendant**
Oncology Therapeutics Network Corp.

**Defendant**
Organon Pharmaceuticals USA, Inc.

**Defendant**
Ortho Biotech Products, LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
Par Pharmaceutical, Inc.

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corp.

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Purepac Pharmaceutical Co.

**Defendant**
Reliant Pharmaceuticals

**Defendant**
Roche Laboratories, Inc.

**Defendant**
Roxane Laboratories, Inc.

**Defendant**
Sandoz, Inc.

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**
Schering Corp.

<u>Defendant</u>

**Schering-Plough Corp.**

<u>Defendant</u>

**Serono, Inc.**

<u>Defendant</u>

**SmithKlineBeecham Corp. d/b/a GlaxoSmithKline**

<u>Defendant</u>

**Takeda Pharmaceuticals North America, Inc.**

<u>Defendant</u>

**Tap Pharmaceutical Products, Inc.**

<u>Defendant</u>

**Teva Pharmaceutical USA, Inc.**

<u>Defendant</u>

**UCB Pharma, Inc.**

<u>Defendant</u>

**UDL Laboratories, Inc.**

<u>Defendant</u>

**Warrick Pharmaceuticals Corp.**

<u>Defendant</u>

**Watson Pharma, Inc.**

<u>Defendant</u>

**Watson Pharmaceuticals, Inc.**

<u>Defendant</u>

**Wyeth**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 06/08/2005 | 1 | COMPLAINT against all defendants (Filing fee $250 receipt number 67751), filed by The County of Niagara. (Attachments: # 1 Exhibit A; # 2 Exhibit B; # 3 Exhibit C; # 4 Exhibit D; and, # 5 Exhibit E)(JHF) (Entered: 06/09/2005) |

| 06/08/2005 | | Summons Issued as to all defendants. (JHF) (Entered: 06/09/2005) |

### PACER Service Center

#### Transaction Receipt

07/27/2005 17:08:38

| PACER Login: | us2510 | Client Code: | |
|---|---|---|---|
| Description: | Docket Report | Search Criteria: | 6:05-cv-06296-MAT |
| Billable Pages: | 3 | Cost: | 0.24 |