CLOSED, CLOSED_2005, MWP

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Rochester)
## CIVIL DOCKET FOR CASE #: 6:05-cv-06296-MAT
### Internal Use Only

County of Niagara v. Abbott Laboratories, Inc. et al
Assigned to: Hon. Michael A. Telesca
Cause: 28:1331 Fed. Question: Breach of Contract

Date Filed: 06/08/2005
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**The County of Niagara**     represented by **Aaron D. Hovan**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: ahovan@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joanne M. Cicala**
Kirby McInerney & Squire, LLP
830 Third Avenue
Suite 10
New York, NY 10022
212-371-6600
Fax: 212-751-2540
Email: jcicala@kmslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Abbott Laboratories, Inc.**

**Defendant**

**Agouron Pharmaceuticals, Inc.**

**Defendant**

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____
Deputy Clerk

Alcon Laboratories, Inc.

**Defendant**
Allergan, Inc.

**Defendant**
Alpharma, Inc.

**Defendant**
Amgen, Inc.

**Defendant**
Andrx Corp.

**Defendant**
AstraZeneca Pharmaceuticals L.P.

**Defendant**
Aventis Pharmaceuticals, Inc.

**Defendant**
Barr Laboratories, Inc.

**Defendant**
Bayer Corp.

**Defendant**
Ben Venue Laboratories, Inc.

**Defendant**
Berlex Laboratories, Inc.

**Defendant**
Biogen Idec, Inc.

**Defendant**
Biovail Pharmaceuticals, Inc.

**Defendant**
Boehringer Ingelheim Corp.

**Defendant**
Boehringer Ingelheim Pharmaceuticals, Inc.

**Defendant**

Bristol-Meyers Squibb Company

**Defendant**

Dermik Laboratories, Inc.

**Defendant**

Dey, Inc.

**Defendant**

Eisai, Inc.

**Defendant**

Eli Lilly and Company

**Defendant**

Endo Pharmaceuticals, Inc.

**Defendant**

Ethex Corp.

**Defendant**

Forest Laboratories, Inc.

**Defendant**

Forest Pharmaceuticals, Inc.

**Defendant**

Fujisawa Healthcare, Inc.

**Defendant**

Fujisawa USA, Inc.

**Defendant**

Genentech, Inc.

**Defendant**

Genzyme Corp.

**Defendant**

Gilead Sciences, Inc.

**Defendant**

GlaxoSmithKline P.L.C.

**Defendant**

Greenstone Ltd

**Defendant**
Hoffman-La Roche, Inc.

**Defendant**
Immunex Corp.

**Defendant**
Ivax Corp.

**Defendant**
Ivax Pharmaceuticals, Inc.

**Defendant**
Janssen Pharmaceutica Products, LP

**Defendant**
Johnson & Johnson

**Defendant**
King Pharmaceuticals

**Defendant**
McNeil-PPC, Inc.

**Defendant**
MedImmune, Inc.

**Defendant**
Merck & Co., Inc.

**Defendant**
Monarch Pharmaceuticals, Inc.

**Defendant**
Mylan Laboratories, Inc.

**Defendant**
Mylan Pharmaceuticals, Inc.

**Defendant**
Novartis Pharmaceuticals Corp.

**Defendant**

Novo Nordisk Pharmaceuticals, Inc.

**Defendant**
Oncology Therapeutics Network Corp.

**Defendant**
Organon Pharmaceuticals USA, Inc.

**Defendant**
Ortho Biotech Products, LP

**Defendant**
Ortho-McNeil Pharmaceutical, Inc.

**Defendant**
Par Pharmaceutical, Inc.

**Defendant**
Pfizer, Inc.

**Defendant**
Pharmacia Corp.

**Defendant**
Purdue Pharma, L.P.

**Defendant**
Purepac Pharmaceutical Co.

**Defendant**
Reliant Pharmaceuticals

**Defendant**
Roche Laboratories, Inc.

**Defendant**
Roxane Laboratories, Inc.

**Defendant**
Sandoz, Inc.

**Defendant**
Sanofi-Synthelabo, Inc.

**Defendant**

Schering Corp.

**Defendant**

Schering-Plough Corp.

**Defendant**

Serono, Inc.

**Defendant**

SmithKlineBeecham Corp. d/b/a GlaxoSmithKline

**Defendant**

Takeda Pharmaceuticals North America, Inc.

**Defendant**

Tap Pharmaceutical Products, Inc.

**Defendant**

Teva Pharmaceutical USA, Inc.

**Defendant**

UCB Pharma, Inc.

**Defendant**

UDL Laboratories, Inc.

**Defendant**

Warrick Pharmaceuticals Corp.

**Defendant**

Watson Pharma, Inc.

**Defendant**

Watson Pharmaceuticals, Inc.

**Defendant**

Wyeth

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2005 | 1 | COMPLAINT against all defendants (Filing fee $250 receipt number 67751), filed by The County of Niagara. (Attachments: # 1 Exhibit A; # 2 Exhibit B; # 3 Exhibit C; # 4 Exhibit D; and, # 5 Exhibit E)(JHF) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 06/09/2005) |
| 06/08/2005 |  | ***Standby Magistrate Judge Payson, ***Set/Clear Flags (JHF) (Entered: 06/09/2005) |
| 06/08/2005 | ● | Summons Issued as to all defendants. (JHF) (Entered: 06/09/2005) |
| 08/11/2005 | ●2 | CERTIFIED COPY OF ORDER transferring case to the Judicial Panel on Multidistrict Litigation. Signed by Clerk of the Court Michael J. Beck on 7/28/05. (JHF) (Entered: 08/15/2005) |
| 08/11/2005 | ● | Case transferred to District of Massachusetts (Judicial Panel on Multidistrict Litigation); Original file, certified copy of docket entires, a copy of the transfer order, and a copy of the 7/28/05 transfer letter from the District of Massachusetts. (JHF) (Entered: 08/15/2005) |
| 08/11/2005 |  | ***Set/Clear Flags (JHF) (Entered: 08/15/2005) |